IN THE SUPREME COURT OF THE STATE OF DELAWARE

ALVIN DIXON,                          §
                                      § No. 20, 2024
    Defendant Below,          §
    Appellant,                 § Court Below–Superior Court
                                      § of the State of Delaware
    v.                         §
                                      § Cr. ID Nos. S2102003563
STATE OF DELAWARE,                    §         S2202005460
                                      §
    Appellee.                  §

Submitted: February 27, 2024
Decided:   March 11, 2024

### ORDER

On January 17, 2024, the appellant, Alvin Dixon, filed a notice of appeal from the Superior Court's December 15, 2023 violation-of-probation sentencing order. The Senior Court Clerk issued, by certified mail, a notice directing Dixon to show cause why his appeal should not be dismissed as untimely filed.[1] An unsigned and undated certified return receipt was filed with the Court on January 29, 2024. The notice to show cause was reissued on February 12, 2024. Dixon received the notice on February 14, 2024. A timely response to the notice to show cause was due on or before February 26, 2024. To date, Dixon has not responded to the notice to show cause. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] *See* Del. Supr. Ct. R. 6.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice